DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLORIA BENCOSME** and **BASILIO A. BENCOSME,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ADJUSTABLE RATE MORTGAGE TRUST 2007-3, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES SERIES 2007-3,**
Appellee.

No. 4D16-4013

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 08-53377 (11).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale Beach, for appellants.

Teris A. McGovern, Allison Morat of Pearson Bitman LLP, Maitland, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***